## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | |
|---|---|---|
| DEFT: TOBY WILLIAM THOMPSON (J) | CASE NO: 00-4200-SNOW | |
| AUSA: DUTY / Powell | ATTY: David Bogenschutz (temp) | |
| AGENT: DEA | VIOL: 21:841 | |
| PROCEEDING: I/A ON COMPLAINT | RECOMMENDED BOND: 250,000 CSSB w/NEBBIA  PTD | |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: | |
| BOND SET @: | To be cosigned by: | |

FILED by D.C.
AUG 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Deft advised of charges

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.   Re-set for PTD on Thursday
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 8-17 | | | |
| PTD/BOND HEARING: | 8-17 | 10 Am | Snow | FTL |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-24 | 11 Am | Snow | FTL |
| STATUS CONFERENCE: | | | | |

DATE: 8-14-00　　TIME: 11:00　　FTL/LSS TAPE # 00 - 040　　Begin: 221　End: 398