UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA       CASE # __00-420-SNOW__

VS.                            REPORT COMMENCING CRIMINAL ACTION

__Toby Thompson__       PRISONER # __55430-004__

*************************************************************

TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    (FT. LAUDERDALE)    WEST PALM BEACH    FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)

FILED by AM   D.C.
AUG 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

*************************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: __08/11/00    1930 hrs__

2) LANGUAGE(S) SPOKEN: __English__

3) OFFENSE(S) CHARGED: __Att. Poss. of MDMA w/ Intent to Distribute__

4) U. S. CITIZEN  [X] YES  [ ] NO  [ ] UNKNOWN

5) DATE OF BIRTH: __08-26-71__

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE) -
   [ ] INDICTMENT    [X] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _____

   ORIGINATING DISTRICT: __So Dist of FL__

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [X] NO

7) AMOUNT OF BOND: _____    WHO SET BOND _____

8) ARRESTING AGENT: __S/A Chris Mathis__    DATE: __08/11/00 7:27p__
   (PRINT NAME)

9) AGENCY __DEA__    PHONE: __(561) 662-5355__

10) REMARKS: _____