UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-4200-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOBY WILLIAM THOMPSON,

    Defendant.
_____/



### NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

COMES NOW, J. David Bogenschutz, and files this appearance as counsel for the above-named Defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida.

COUNSEL hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 of the Special Rules Governing the Admission and Practice of Attorneys.

COUNSEL acknowledges responsibility to advise the Defendant of the right to appeal, to file a timely notice of appeal if requested to do so by the Defendant, and to pursue that appeal unless relieved by Court order.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Nancy V. Quinlan, Assistant United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, Florida, 33401, on this 21st day of August, 2000.

Respectfully submitted,

BOGENSCHUTZ & DUTKO, P.A.
Attorneys for Defendant
Colonial Bank Bldg., Ste. 500
600 S. Andrews Avenue
Fort Lauderdale, FL 33301
(954) 764-2500

BY: _____
J. DAVID BOGENSCHUTZ
Florida Bar # 131174

2