## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | TOBY WILLIAM THOMPSON (J) #55430-004 | CASE NO: | 00-4200-SNOW |
| AUSA: | NANCY VORPE QUINLAN /Behnke/ | ATTY: | DAVID BOGENSCHUTZ, ESQ. (temp) pres |
| AGENT: | | VIOL: | |
| PROCEEDING: | INQUIRY RE COUNSEL | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

*permanent appearance filed*

*waiver of timely prelim executed in open court*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | re / set | | | |
| PTD/BOND HEARING: | 8-29 | | BSS | |
| PRELIM/ARRAIGN. | ~~8-24-00~~ | 11 AM | ~~SNOW~~ | |
| STATUS CONFERENCE: | | | | |

DATE: 8-21-00   TIME: 11:00   FTL/LSS TAPE # 00 - 045   Begin: |   End: 15

