UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6234

Case No._____

21 USC §841(a)(1)

CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.

AUG 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

TOBY WILLIAM THOMPSON,

       Defendant,

_____/

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 11, 2000, in Broward County, in the
Southern District of Florida, the defendant,

TOBY WILLIAM THOMPSON,

did knowingly and intentionally possess with intent to distribute
a Schedule I controlled substance, that is, a mixture and
substance containing a detectable amount of 3,4-
methylenedioxymethamphetamine, (commonly known as MDMA or
Ecstasy); in violation of Title 21, United States Code,

Section 841(a)(1).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

NANCY VORPE QUINLAN
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES OF AMERICA**

v.

TOBY WILLIAM THOMPSON,

_____
                    Defendant.

**Court Division**: (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

**CASE NO.** 00-0234
CR-DIMITROULEAS

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

New Defendant(s) n/a   Yes ___   No ___
Number of New Defendants n/a ___
Total number of counts   n/a ___

MAGISTRATE JUDGE
SNOW

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No) No _____
    List language and/or dialect _____

4.  This case will take __2__ day(s) for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _x_ | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | _X_ |
| V | 61 days and over | | | |

6.  Has this case been previously filed in this District Court? (Yes or No)_____ No
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?    (Yes or No) Yes _____
If yes:
Magistrate Case No. ___00-4200-Snow_____
Related Miscellaneous numbers: 00-4735-BSS_____
Defendant(s) in federal custody as of_8-11-00_____
Defendant(s) in state custody as of___n/a_____
Rule 20 from the___n/a_____    District of _____

Is this a potential death penalty case? (Yes or No) No _____

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region?___ Yes __ No

Nancy Vorpe Quinlan
Nancy Vorpe Quinlan
ASSISTANT UNITED STATES ATTORNEY
Fla Bar No. 0593532

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant Name: TOBY WILLIAM THOMPSON    Case No.: **00- 6234**

Count #    ONE    CR

Possession with intent to distribute a Schedule I controlled substance

**MAGISTRATE JUDGE**

Max. Penalty: 0-20 yrs imprisonment; $1,000,000.00 fine    SNOW
===========================================================================
Count #:_____


_____

Max. Penalty: _____

===========================================================================
Count #:_____


_____

Max. Penalty:_____

===========================================================================
Count #:_____


_____

Max. Penalty:_____

===========================================================================
Count #:_____


_____

Max. Penalty:_____

===========================================================================

*Refers only to possible term of incarceration, does not include
 possible fines, restitution, special assessments, parole terms,
 or forfeitures that may be applicable.