COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | |
|---|---|---|
| DEFT: | Toby Thompson (J)# | CASE NO: 00-6234-CR-Dimitrouleas |
| AUSA: | Nancy Quinlan /Ruben Rosenbaum/ | ATTNY: David Bogenschutz present |
| AGENT: | | VIOL: |
| PROCEEDING: | Arraignment | BOND REC: |

BOND HEARING HELD -- yes/no      COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
    ____ Electronic Monitoring

FILED by _____ D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 9-15-00 | 11:00am | LSS |

DATE: 9-1-00    TIME: 11:00am    TAPE # 00- 070 PG # 5

221