FILED by _____ D.C.
SEP 1 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6234-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Toby Thompson

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 9-1-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and ~~court appointed~~/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: In Custody

Telephone: _____

DEFENSE COUNSEL: Name: David Bogenschutz

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ Cont'd in custody

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __1__ day of __September__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: /s/ _____
Deputy Clerk

Tape No. 00-070

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

