UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SEP  6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,
         Plaintiff

CASE NO. : 00-6234-CR-DIMITROULEAS

vs.

**NOTICE OF TRIAL**

TOBY THOMPSON,
         Defendant (s)

**TAKE NOTICE** that the above-entitled case has been Set for the two-week

calendar of October 2, 2000 at 9:00 A.M. before the **Honorable William P. Dimitrouleas**,

United States District Judge, Courtroom 203 E, 299 E. Broward Blvd., Fort Lauderdale, Florida

33301. **COUNSEL and DEFENDANT** shall report to a call of the trial calendar to be held at

**9:00 A.M. on September 29, 2000** at Fort Lauderdale, Florida. Any motions for continuance

must be filed by 5:00 P.M. on **September 22, 2000.**

\*\*\*\*\*\*\*\*\*\*\*

Defense counsel are instructed to notify the court, in writing, within five days

after the time periods outlined in the Standing Discovery Order have elapsed if they have not

received all discovery from the government. The government is instructed to respond in writing

within five days of any such notice being given to the court.

**Counsel are required** to pre-mark all exhibits and provide the Court with two

copies of the exhibit list. Counsel are also instructed to submit any special voir dire questions

and any special jury instructions by call of the calendar. The government is required to provide

the Court with a complete set of jury instructions for use by the Court.



**Counsel are required** to inform the Court when a defendant is in custody or if an interpreter is required.

In a criminal case, if the defendant has not obtained counsel, the **AUSA shall notify defendant** of this trial date.


**Notify the Court immediately** at **954-769-5655** of any disposition or settlement of this case.

**ALL PARTIES ARE ON NOTICE THAT IF THIS CASE IS NOT REACHED DURING THE ABOVE CALENDAR PERIOD, IT WILL AUTOMATICALLY APPEAR ON THE NEXT AND SUBSEQUENT CALENDARS UNTIL REACHED. YOU MAY NOT BE RE-NOTICED. CALENDAR CALLS WILL BE HELD ON THE FRIDAY PRECEDING THE TWO-WEEK CALENDAR PERIOD AT 9:00 A.M.**


DATED: *September 6, 2000*

BY ORDER OF THE CLERK,
CLARENCE MADDOX,

By: _____
Karen A. Carlton
Courtroom Deputy

cc:    Nancy Vorpe Quinlan, AUSA
       David Bogenschutz, Esq.