PAID 520438 - $105

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6234-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,

    Plaintiff/Appellee,

v.

TOBY WILLIAM THOMPSON,

    Defendant/Appellant.

_____/

### NOTICE OF APPEAL

NOTICE is hereby given that TOBY WILLIAM THOMPSON, Defendant/Appellant in the above-styled cause, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Non-Final Order in this cause entered September 5, 2000, adopting the Magistrate Judge's Report and Recommendation ordering detention.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this _13th_ day of September, 2000, to Nancy V. Quinlan, Assistant United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, Florida, 33401.

        Respectfully submitted,

        BOGENSCHUTZ & DUTKO, P.A.
        Attorneys for Defendant/Appellant
        Colonial Bank Building, Suite 500
        600 S. Andrews Avenue
        Fort Lauderdale, FL 33301
        (954) 764-2500

        BY: _____
        J. DAVID BOGENSCHUTZ
        Florida Bar No. 131174