**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6234-CR-WPD    DATE: September 29, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Toby Thompson

U.S. ATTORNEY: Nancy Vope Quinlan    DEFT. COUNSEL: David Borgenicht

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by the Court. Deft to Enter Guilty plea.

Court accepts Guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 12/8/00    TIME: 1:30    FOR: Sentencing

MISC: Written plea agreement filed