

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

October 02, 2000

RE: 00-14865-A    USA v. Toby William Thompson
DC DKT NO.: 00-06234 CR-WPD

TO:   Clarence Maddox

CC:   J. David Bogenschutz

CC:   Nancy Vorpe Quinlan

CC:   Anne R. Schultz

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

October 02, 2000



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 00-14865-A    USA v. Toby William Thompson
DC DKT NO.: 00-06234 CR-WPD

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Russell Tanker (404) 335-6180

Encl

DIS-3 (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 00-14865-A

CC-6234-ci-WPD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

**CORRECTED**

TOBY WILLIAM THOMPSON,

Defendant-Appellant.

Appeal from the United States District Court for the Southern District of Florida

### ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 5, and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 2nd day of October, 2000.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Russell Tanker
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-50