UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA, )
                              )     CASE NUMBER
           PLAINTIFF,         )     ~~00-4200-SNOW~~
                              )     00-6234-CR-WPD
      VS.                     )
                              )
TOBY WILLIAM THOMPSON,        )     THIS VOLUME:
                              )     PAGES 1 - 36
           DEFENDANT.         )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD

BEFORE THE HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE,

BROWARD COUNTY, FLORIDA, ON AUGUST 17, 2000, IN THE

ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:   NANCY VORPE-QUINLAN, A.U.S.A.

FOR THE DEFENDANT:    J. DAVID BOGENSHUTZ, ESQ.


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

