UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

NOV 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.   CASE NO. 00-6234-CR-DIMITROULEAS

TOBY THOMPSON

---

TYPE OF CASE:          CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.              COURTROOM 203E
FT. LAUDERDALE, FL 33301          DATE & TIME:
                                  **December 15, 2000 AT 1:30 P.M.**
                                  (Previously set for December 8, 2000 at 1:30)

---

TYPE OF          SENTENCING
HEARING:

                             CLARENCE MADDOX,
                             CLERK OF COURT

DATE: November 24, 2000       BY DEPUTY CLERK


cc:   Nancy vorpe Quinlan, AUSA
      David Bogenschutz, Esq.
      United States Probation Office

