UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6234-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

TOBY WILLIAM THOMPSON,

    Defendants.

_____/

### GOVERNMENT'S MOTION TO RESET SENTENCING HEARING

The United States, by and through the undersigned Assistant United States Attorney, files this Motion to Reset Sentencing Hearing and states:

1. On November 24, 2000 this Court filed a Notice That A Proceeding in this Case Has Been Reset As Follows: Sentencing was changed from December 8, 2000 at 1:30 pm to December 15, 2000 at 1:30 pm.

2. On December 15, 2000, undersigned counsel has to be in court in Clearwater, Florida for personal reasons, an adoption finalization hearing.

1



3. Undersigned counsel has inquired of David Bogenshutz, counsel for the defendant whether he objects to this motion to reset the sentencing hearing and he has no objection. Mr. Bogenshutz and undersigned counsel are available the following Friday, December 22, 2000.

4. The defendant Thompson is one of 7 defendants arrested as part of a larger ecstasy investigation. Although another AUSA could attend the sentencing hearing, it would be preferable for undersigned counsel to handle the matter.

WHEREFORE, the United States, by and through the undersigned Assistant United States Attorney, respectfully asks the Court to reset the sentencing hearing to a date other than December 15, 2000 and also respectfully requests that if possible, the hearing be set on December 22, 2000.

Respectfully submitted,

GUY S. LEWIS
UNITED STATES ATTORNEY

By: *Nancy Vorpe Quinlan*
NANCY VORPE QUINLAN
Assistant United States Attorney
Florida Bar No. 0593532
500 Australian Avenue
West Palm Beach, Florida 33401
Tel: (561) 820-8711 ext 3054
Fax: (561) 820-8777

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Government's Motion to Reset Sentencing Hearing was delivered by fax to Dave Bogenshutz, Esquire this 29th day of November, 2000.

*Nancy Vorpe Quinlan*
NANCY VORPE QUINLAN
Assistant United States Attorney

2