UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6234-CR-DIMITROULEAS

Plaintiff,

vs.

TOBY WILLIAM THOMPSON,

Defendant.

_____/

FILED by _____ D.C.

NOV 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING
## MOTION FOR CONTINUANCE OF SENTENCING DATE

THIS CAUSE having come before this Court on Government's November 30, 2000

Motion To Reset Sentencing Hearing [DE-16], and the Court noting that no proposed order, as

required by Local Rule 7.1A2 was provided, nevertheless, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby GRANTED.

Sentencing is reset for December 22, 2000 at 10:00 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

30 day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

J. David Bogenshutz, Esquire
600 S. Andrews Avenue, #500
Ft. Lauderdale, FL 33301

Nancy Vorpe-Quinlan, AUSA

United States Probation Office

