## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6234-CR-WPD    DATE: December 22, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _Oedie_    INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Toby Thompson

U.S. ATTORNEY: Nancy Forge Quinan    DEFT. COUNSEL: MWD Bogenschutz

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence imposed;
57 months BOP, 3 years Supervised Release,
no fine, $100.00 Assessment.

Court recommends designation to Eglin Air Force
Base & that deft. be allowed to participate
in BOP 500 hour drug treatment program.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: W-1 Chris Mathes, DEA
Deft advised of Right to Appeal.

