PAID $21223
[illegible] Florida
Pauper[s] _____
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  00-6234-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,

   Plaintiff/Appellee,

v.

TOBY WILLIAM THOMPSON,

   Defendant/Appellant.

_____/

### NOTICE OF APPEAL

NOTICE is hereby given that TOBY WILLIAM THOMPSON, Defendant/Appellant in the above-styled cause, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Judgment in a Criminal Case entered in this cause on December 22, 2000, committing him to the custody of the U.S. Bureau of Prisons for a term of imprisonment of fifty-seven (57) months.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this **29th** day of December, 2000, to Nancy V. Quinlan, Assistant United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, Florida, 33401.

Respectfully submitted,

BOGENSCHUTZ & DUTKO, P.A.
Attorneys for Defendant/Appellant
Colonial Bank Building, Suite 500
600 S. Andrews Avenue
Fort Lauderdale, FL  33301
(954) 764-2500

BY: _____
J. DAVID BOGENSCHUTZ
Florida Bar No. 131174