```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
                   FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,     )   CASE NO. 00-6234-CR-WPD
                              )
             Plaintiff,       )
                              )
       -v-                    )
                              )
TOBY THOMPSON,                )
                              )   Fort Lauderdale, Florida
             Defendant.       )   December 22, 2000
_____)   10:00 a.m.
```

EXCERPT

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff | NANCY VORPE QUINLAN, ESQ.<br>Assistant U.S. Attorney<br>500 Australian Avenue<br>Suite 400<br>West Palm Beach, Florida  33401 |
| For the Defendant | DAVID BOGENSCHUTZ, ESQ.<br>600 South Andrews Avenue<br>Suite 500<br>Fort Lauderdale, Florida  33301 |
| Reporter | ROBERT A. RYCKOFF<br>Official Court Reporter<br>299 East Broward Boulevard<br>Fort Lauderdale, Florida  33301<br>954-769-5657 |

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**