UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF FLORIDA**
**299 East Broward Boulevard**
**Fort Lauderdale, FL 33301**
**954-769-5400**

**CLARENCE MADDOX**
**Court Administrator/Clerk of Court**

CLERK, U.S. COURT OF APPEALS          Date: <u>March 30, 2001</u>
Eleventh Judicial Circuit             USDC # <u>00-6234-CR-WPD</u>
56 Forsyth Street                     USCA # <u>01-10212-H</u>
Atlanta, Georgia   30303

IN RE: **USA v. Thompson**

=================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for
the Southern District of Florida hereby certifies that, as shown on
the enclosed index, the record is complete for purposes of this
appeal.  The record (including the transcripts or parts thereof
designated for inclusion and all necessary exhibits) consists of:

      <u>1</u>  Volume of Pleadings
      <u>2</u>  Volumes of Transcripts

    <u>X</u>  Exhibits:

      <u>1</u>  PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                           Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
    Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism*
*for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                              LSS    CLOSED
                                              APPEAL
                  U.S. District Court
           Southern District of Florida (FtLauderdale)

           CRIMINAL DOCKET FOR CASE #: 00-CR-6234-ALL

USA v. Thompson                               Filed: 08/22/00

Other Dkt # 0:00-m -04200

Case Assigned to:  Judge William P. Dimitrouleas

TOBY WILLIAM THOMPSON (1) ,      J. David Bogenschutz
DOB: 8/26/71 Prisoner # 55430-    [term  12/26/00]
004                              FTS 764-5040
    defendant                     [COR LD NTC ret]
 [term  12/26/00]                Bogenschutz & Dutko
                                 600 S Andrews Avenue
                                 Suite 500
                                 Fort Lauderdale, FL 33301
                                 954-764-2500


Pending Counts:                        Disposition

21:841B=CD.F CONTROLLED SUBST   57 months imprisonment, 3 years
SELL/DISTR/DISPENSE: PWID       supervised release and $100
MDMA (Ecstasy)                  special assessment
(1)                             (1)


Offense Level (opening): 4


Terminated Counts:

   NONE



Complaints                           Disposition

Knowingly and intentionally
possess with intent to
distribute MDMA, a Schedule I
controlled substance, 21 USC
841(a)(2)
[ 0:00-m -4200 ]
```



```
Docket as of March 30, 2001 8:03 am        Page 1   Date  3-30-01
```

```
Proceedings include all events.                                LSS
0:00cr6234-ALL USA v. Thompson                          CLOSED APPEAL

TOBY WILLIAM THOMPSON, DOB: 8/26/71 Prisoner # 55430-004

        defendant


=======================

USA

        plaintiff

U. S. Attorneys:

  Nancy Vorpe Quinlan
  FTS 820-8777
  [COR LD NTC]
  United States Attorney's Office
  500 Australian Avenue
  Suite 400
  West Palm Beach, FL 33401
  561-820-8711

  PTS Officer
  FTS 356-7915
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 769-5566
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6234-ALL USA v. Thompson                              CLOSED APPEAL
```

8/12/00  --      ARREST of Toby William Thompson
                 [ 0:00-m -4200 ] (pb) [Entry date 08/14/00]

8/14/00  1       COMPLAINT as to Toby William Thompson
                 [ 0:00-m -4200 ] (pb) [Entry date 08/14/00]

8/14/00  2       Minutes of initial on complaint held on 8/14/00  before
                 Magistrate Judge Lurana S. Snow as to Toby William Thompson
                  Tape #: 00-040
                 [ 0:00-m -4200 ] (pb) [Entry date 08/14/00]

8/14/00  3       ORDER on Initial Appearance as to Toby William Thompson
                 Pretrial Detention Requested Report re counsel set for
                 10:00 8/17/00 ; Detention hearing set for 10:00 8/17/00 ;
                 Preliminary examination set for 11:00 8/24/00 for Toby
                 William Thompson ; before Magistrate Judge Lurana S. Snow,
                 ,  ( Signed by Magistrate Judge Lurana S. Snow on
                 8/14/00) Tape # 00-040 CCAP
                 [ 0:00-m -4200 ] (pb) [Entry date 08/14/00]

8/15/00  4       REPORT Commencing Criminal Action as to Toby William
                 Thompson  DOB: 8/26/71  Prisoner # 55430-004
                 [ 0:00-m -4200 ] (pb) [Entry date 08/15/00]

8/17/00  5       Minutes of  held on Pretrial Detention  before Magistrate
                 Judge Lurana S. Snow as to Toby William Thompson ;Detention
                 Ordered Tape #: 00-032
                 [ 0:00-m -4200 ] (pb) [Entry date 08/17/00]

8/21/00  6       NOTICE of Appearance for Toby William Thompson by Attorney
                 J. David Bogenschutz
                 [ 0:00-m -4200 ] (dd) [Entry date 08/21/00]

8/21/00  7       Waiver of Preliminary Examination or Hearing by Toby
                 William Thompson ( Signed by Magistrate Judge Lurana S.
                 Snow on 8/21/00) CCAP [EOD Date: 8/21/00]
                 [ 0:00-m -4200 ] (dd) [Entry date 08/21/00]

8/21/00  8       Minutes of inquiry re counsel held on 8/21/00  before
                 Magistrate Judge Lurana S. Snow as to Toby William Thompson
                 David Bogenschutz entered permanent appearance and
                 requested arraignment be reset.  Waiver of timely
                 prelim/arraignment executed and hearing reset to 8-29-00 at
                 11 a.m. before Judge Seltzer.Tape #: 00-045
                 [ 0:00-m -4200 ] (pb) [Entry date 08/21/00]

8/21/00  9       ORDER OF DETENTION as to Toby William Thompson ( Signed by
                 Magistrate Judge Lurana S. Snow on 8/21/00)  Tape # 00-045
                 CCAP
                 [ 0:00-m -4200 ] (pb) [Entry date 08/22/00]  Beg. vol. 1

8/22/00  (10)    INDICTMENT as to Toby William Thompson (1) count(s) 1
                 (Criminal Category 1) (dd) [Entry date 08/22/00]

Docket as of March 30, 2001 8:03 am                   Page 3

Proceedings include all events.                                    LSS
0:00cr6234-ALL USA v. Thompson          Vol.1 Cont CLOSED APPEAL

8/22/00  --        Magistrate identification:  Magistrate Judge Lurana S. Snow
                   (dd) [Entry date 08/22/00]

8/22/00  (11)      OBJECTIONS by Toby William Thompson to [9-1] order (ss)
                   [Entry date 08/23/00]

8/28/00  (12)      RESPONSE by USA as to Toby William Thompson to [11-1]
                   objections (ss) [Entry date 08/29/00]

9/1/00   (13)      Minutes of Arraignment held on 9/1/00 before Magistrate
                   Barry S. Seltzer as to Toby William Thompson; Status
                   Conference 9/15/00 at 11:00; Court Reporter Name or Tape #:
                   00-070 @ 221 (ss) [Entry date 09/01/00]

9/1/00   (14)      STANDING DISCOVERY ORDER as to Toby William Thompson all
                   motions concerning matters not covered by this order must
                   be filed within 28 days of this order (Signed by Magistrate
                   Barry S. Seltzer on 9/1/00) CCAP (ss) [Entry date 09/01/00]

9/1/00   (15)      ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                   as to Toby William Thompson Status conference set for 11:00
                   9/15/00 for Toby William Thompson before Magistrate Judge
                   Lurana S. Snow (Signed by Magistrate Barry S. Seltzer on
                   9/1/00) CCAP [EOD Date: 9/1/00] CCAP (ss)
                   [Entry date 09/01/00]

9/1/00   (16)      ARRAIGNMENT INFORMATION SHEET for Toby William Thompson (1)
                   count(s) 1 NOT GUILTY PLEA ENTERED as to all counts. Court
                   accepts plea. (ss) [Entry date 09/05/00]

9/5/00   (17)      ORDER as to Toby William Thompson overruling [11-1]
                   objections to detention order (Signed by Judge William P.
                   Dimitrouleas on 9/5/00) CCAP [EOD Date: 9/6/00] CCAP (ss)
                   [Entry date 09/06/00]

9/6/00   (18)      NOTICE of Hearing as to Toby William Thompson: Set Jury
                   trial for 9:00 10/2/00 for Toby William Thompson before
                   Judge William P. Dimitrouleas, Set calendar call for 9:00
                   9/29/00 for Toby William Thompson before Judge William P.
                   Dimitrouleas (ss) [Entry date 09/06/00]

9/13/00  (19)      NOTICE OF INTERLOCUTORY APPEAL by Toby William Thompson re:
                   [17-1] order  EOD Date: 9/6/00;  Filing Fee: $ 105.00;
                   Receipt #: 520438;  Copies to USCA, AUSA, USM, USPTS and
                   Counsel of Record. (gf) [Entry date 09/13/00]

9/13/00  --        Certified copies of Notice of Appeal, Docket and Order
                   under appeal to USCA: as to Toby William Thompson [19-1]
                   appeal (gf) [Entry date 09/13/00]

9/21/00  --        NOTICE of Receipt of Transmittal Letter from USCA as to
                   Toby William Thompson  Re: [19-1] appeal  USCA Number:
                   00-14865-A (dl) [Entry date 09/22/00]

Proceedings include all events.                                    LSS
0:00cr6234-ALL USA v. Thompson              _Vol. 1 cont._  CLOSED APPEAL

9/21/00 (20)    RESPONSE to Standing Discovery Order by USA  as to Toby
                William Thompson (lh) [Entry date 09/22/00]

9/29/00 (21)    Minutes of Change of Plea held on 9/29/00 before Judge
                William P. Dimitrouleas as to Toby William Thompson;
                GUILTY: Toby William Thompson (1) count(s) 1; Sentencing
                12/8/00 at 1:30; Court Reporter Name or Tape #: Bob Ryckoff
                (ss) [Entry date 10/02/00]

9/29/00 --      Change of Plea Hearing as to Toby William Thompson held (ss)
                [Entry date 10/02/00]

9/29/00 (22)    Plea Agreement as to Toby William Thompson (ss)
                [Entry date 10/02/00]

9/29/00 (23)    NOTICE of Hearing as to Toby William Thompson: Setting
                Sentencing for 1:30 12/8/00 for Toby William Thompson
                before Judge William P. Dimitrouleas (ss)
                [Entry date 10/02/00]

10/5/00 (24)    USCA Decision on Interlocutory Appeal as to Toby William
                Thompson re: [19-1] appeal dismissing pursuant to order
                granting appellant's motion for voluntary dismissal. (gf)
                [Entry date 10/10/00]

11/16/00 25     TRANSCRIPT filed as to Toby William Thompson of Pretrial
                Detention Hearing held 8/17/00 before Judge Lurana S. Snow
                Volume #: I  Pages: 1 through 36 (ss) [Entry date 11/17/00]
                                                              _Vol. 2_
11/24/00 (26)   NOTICE of Hearing as to Toby William Thompson: Resetting
                Sentencing for 1:30 12/15/00 for Toby William Thompson
                before Judge William P. Dimitrouleas (ss)
                [Entry date 11/27/00]

11/30/00 (27)   MOTION by USA as to Toby William Thompson to reset
                sentencing hearing (ss) [Entry date 12/01/00]

11/30/00 (28)   ORDER as to Toby William Thompson granting [27-1] motion to
                reset sentencing hearing as to Toby William Thompson (1)
                Resetting Sentencing for 10:00 12/22/00 before Judge
                William P. Dimitrouleas (Signed by Judge William P.
                Dimitrouleas on 11/30/00) CCAP [EOD Date: 12/1/00] CCAP (ss)
                [Entry date 12/01/00]

12/1/00 (29)    RULE 32 (c) Submission by Toby William Thompson (ss)
                [Entry date 12/01/00]

12/15/00 (30)   MOTION by Toby William Thompson for downward departure (ss)
                [Entry date 12/18/00]

12/21/00 (31)   SUPPLEMENT by Toby William Thompson to: [29-1] rule 32(c)
                submission (ss) [Entry date 12/21/00]

Proceedings include all events.                                          LSS
0:00cr6234-ALL USA v. Thompson                            CLOSED APPEAL

Vol. 1 cont.

| 12/21/00 32 | RESPONSE by USA as to Toby William Thompson to [29-1] rule 32(c) submission, [30-1] motion for downward departure (ss) [Entry date 12/22/00] |
|---|---|
| 12/22/00 33 | Minutes of Sentencing held on 12/22/00 before Judge William P. Dimitrouleas as to Toby William Thompson; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 12/22/00] |
| 12/22/00 -- | Sentencing  held Toby William Thompson (1) count(s) 1 (dp) [Entry date 12/26/00] |
| 12/26/00 34 | JUDGMENT as to  Toby William Thompson (1) count(s) 1.  57 months imprisonment, 3 years supervised release and $100 special assessment  ( Signed by Judge William P. Dimitrouleas on 12/26/00) CCAP [EOD Date: 12/26/00]  CCAP (dp) [Entry date 12/26/00] |
| 12/29/00 35 | NOTICE OF APPEAL by Toby William Thompson re: [34-1] judgment order .  EOD Date: 12/26/00; Toby William Thompson (1) count(s) 1;  Filing Fee: $ 105.00 Receipt #: 521273; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 01/08/01] |
| 1/8/01   -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Toby William Thompson [35-1] appeal (gf) [Entry date 01/08/01] |
| 1/19/01 36 | TRANSCRIPT INFORMATION FORM as to Toby William Thompson re: [35-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 01/19/01] |
| 1/19/01  -- | NOTICE of Receipt of Transmittal Letter from USCA as to Toby William Thompson  Re: [35-1] appeal  USCA Number: 01-10212-H (dl) [Entry date 01/22/01] |
| 2/13/01 37 | APPEAL INFORMATION SHEET as to Toby William Thompson re: [35-1] appeal ; Transcript ordered. No financial arrangements made with Court Reporter. (gf) [Entry date 02/16/01] |
| 2/20/01 38 | Appeal Information Sheet as to Toby William Thompson  re: [35-1] appeal Transcript due 3/15/01 for Toby William Thompson (gf) [Entry date 02/22/01] |
| 3/12/01  39 | TRANSCRIPT EXCERPT filed as to Toby William Thompson of Sentence held 12/22/00 before Judge William P. Dimitrouleas Volume #: 1 Pages: 1-40 re: [35-1] appeal . Appeal record due on 3/27/01 for Toby William Thompson (gf) [Entry date 03/13/01]   Vol. 3 |
| 3/30/01 40 | Certificate of readiness transmitted to USCA as to Toby William Thompson  re: [35-1] appeal  by Toby William Thompson  USCA # 01-10212-H (dl) [Entry date 03/30/01]   End. vol. 1 |