UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6234-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTONIO WILLIAMS,

    Defendant.
_____/



### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

The Defendant, ANTONIO WILLIAMS, through undersigned counsel respectfully moves to continue for a period of at least thirty (30) days the trial of this matter which is currently scheduled for the two-week trial calendar of December 3, 2001, and in support thereof, the defendant states:

1. Mr. Antonio Williams is charged in a one count indictment with possession with the intent to distribute at least five grams of cocaine base.

2. Mr. Williams was arraigned on this case on October 26, 2001. The undersigned received the government's initial discovery submission on November 13, 2001. The government has yet to provide an audio tape of the alleged transaction. The undersigned was assigned to this case October 11, 2001, and has had only one meeting with Mr. Williams.

3. The undersigned needs additional time to investigate possible defenses to the charged offenses. Mr. Williams has not previously requested a continuance as this is the first trial setting of this case.



4. The undersigned has spoken to Assistant United States Attorney Lynn Rosenthal and Ms. Rosenthal has no objection to the relief sought by this motion.

WHEREFORE, the defendant, Antonio Williams, respectfully requests that the trial in this cause be continued for a period of at least thirty (30) days.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
1 East Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing instrument was mailed this 14th day of November, 2001 to Lynn Rosenthal, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida, 33394.

_____
Daryl E. Wilcox