UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6234-CR-DIMITROULEAS

Plaintiff,

vs.

ANTONIO WILLIAMS,

Defendant.
_____/



### ORDER

THIS CAUSE having come before the Court on the Defendant's November 14, 2001 Unopposed Motion to Continue Trial, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is Denied without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15 day of November, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Daryl Wilcox, AFPD

Lynn Rosenthal, AUSA

